THE GREAT ATLANTIC & PACIFIC TEA COMPANY, Relator, v. Honorable Samuel P. WILLSON, Chief Justice, et al., Respondents.

Motion No. 9935.

Supreme Court of Texas.

Jan. 6, 1932.

Touchstone, Wight, Gormley & Price and Robert B. Holland, all of Dallas, for relator.

PER CURIAM.

The relator has a complete remedy secured by writ of error by articles 1821 and 1728, Rev. Stat. Mandamus will no longer lie to require the Court of Civil Appeals to certify the question of conflict in this character of case; the former practice was based on the absence of such remedy. International & G. N. R. Co. v. Pleasants, 116 Tex. 568, 296 S. W. 282.

The motion for leave to file petition for mandamus is therefore refused.